IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00836-WYD-MEH

MARYBETH S. MAYHEW,

    Plaintiff,

v.

SERVICESOURCE NETWORK, and
SERVICESOURCE INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2011.**

    The Stipulated Motion for Protective Order [filed August 12, 2011; docket #14] is **granted**. The Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.